# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. A/S/O PERRY G. GASPERINI, )<br>)<br>)<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA AND PAUL JUNIOUS WHITEHEAD, II, )<br>)<br>)<br>    Defendants. ) | CIVIL NO. 3:05CV326-K |

## **ORDER**

Upon motion of the United States, for the reasons stated at bar and for good cause shown,

IT IS ORDERED that the litigation as to Defendant United States of America is STAYED.

**Signed: December 6, 2005**

David C. Keesler
United States Magistrate Judge